453 A.2d 332

**COMMONWEALTH of Pennsylvania**

v.

**Lola DuPREE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1982.

Decided Dec. 29, 1982.

Gerard G. Bernhardt, Jr., Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Gail Thackeray, Asst. Dist. Atty., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.